# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTICT OF ILLINOIS
## EASTERN DIVISION

IN RE:

925 N. DAMEN, LLC,
an Illinois Limited Liability
Company,

    Debtor.

No. 16-35387

Chapter 11

## OBJECTION OF G7 INVESTMENTS, LLC AND FLAVIUS SCHIOPU TO SALE OF 925 N. DAMEN AVENUE, CHICAGO, IL

G7 INVESTMENTS, LLC ("G7") and FLAVIUS SCHIOPU ("Flavius") by and through their undersigned attorney, object to the sale of 925 N. Damen Avenue, Chicago, Illinois pursuant to the auction conducted by Rick Levin & Associates. In support thereof G7 and Flavius state as follows:

1.    925 N. DAMEN, LLC is an Illinois Limited Liability Company ("LLC"). The LLC is the owner of the real property located at 925 N. Damen Avenue, Chicago, Cook County, Illinois ("Property"). G7 is a fifty percent (50%) owner of the property. Flavius is the principal of G7.

2.    G7 and Flavius filed a lawsuit in the Circuit Court of Cook County, Case No. 16 CH 10211("state court litigation") against the Weissbluth defendants and others for an accounting, conversion, fraud, conspiracy to defraud, violation of the Illinois Consumer Fraud and Deceptive Business Practices Act and Equitable Mortgage. G7 and Flavius have valuable economic rights in the state court litigation as well as an adversary proceeding filed in the companion Chapter 11 Petition of 3324 N. Clark Street, LLC 16-30934.

3.    Thereafter, Debtor filed the instant Chapter 11 Bankruptcy Petition. Debtor further

filed a motion to sell the property pursuant to 11 U.S.C. 363 and to auction the property utilizing the services of Rick Levin & Associates.

4. The property was put up for bid at auction and, based on information and belief, produced a high bid of $590,000.00.

5. To allow the sale of the property to the bidder with a bid of $590,000.00 would not be in the best interests of the estate, creditors or equity holders.

6. G7 has attached a Real Estate Purchase Contract in the amount of $650,000.00 for the property. See Exhibit 1.

7. Authorizing and approving the sale of the property to G7 pursuant to the attached contract would be in the best interests of the estate, creditors and equity holders.

**WHEREFORE**, G7 INVESTMENTS, LLC and FLAVIUS SCHIOPU respectfully request that this Court grant their objection to the bid of $590,000.00 obtained by the auction conducted by Rick Levin & Associates, and authorize and approve the sale of the property to G7 for $650,000.00.

Dated: February 3, 2017            Respectfully Submitted,

                                   G7 INVESTMENTS, LLC & FLAVIUS SCHIOPU

                                   By:       */s/ Nicholas M. Duric*__
                                         One of their Attorneys

Nicholas M. Duric
Duric Law Offices
444 N. Northwest Highway
Suite 207
Park Ridge, IL 60068
(847) 692-3522

2

Duriclaw@att.net