AMENDED EXHIBIT 3



# PARK RIDGE COMMUNITY BANK

626 Talcott Road • P.O. Box 829 • Park Ridge, IL 60068 • tel. 847.384.9200 • www.timetobank.com

*March 9, 2017 - Revised*                                         **V I A – E-MAIL**

G7 Investments LLC - 925 N. Damen Series (TBD)
Flavius Schiopu – Individually

Re:  925 N. Damen St. Chicago, IL.
4 Unit Building Acquisition and Constuction ("Subject Property")

Flavius:

The following is an outline for the acquisition and construction loan on the aforementioned property:

| | |
|---|---|
| **Loan Amount** | **$ 1,365,000.00 *** |
| *Amount allocated towards acquisition* | *$   650,000.00* |
| *Amount allocated towards interest reserve* | *$   100,000.00* |
| *Amount allocated towards Construction* | *$   615,000.00* |

- *subject to an "as completed" appraisal on the Subject Property of $2,600,000.00.*

Interest Rate: PRCB Bank Prime Floating (currently 5.00%) Plus .500%, Floor of 5.50%.
Term and Amortization: 1 Year - Interest only on outstanding balances out of a lender funded interest reserve.
Origination Fee: $10,237.50
Inspection Fee: $190.00 *(6 estimated)*
Appraisal Fee: $1,400.00
Title: All title and escrow costs to be paid by Borrower.
Closing costs: $950.00
**Construction Escrow through Title Company:** Draws; for each draw request you make, upon receipt of the contractor's statement and supporting lien waivers, we will send the requested amount to the Title Company for their waiver review and disbursement to your Subcontractors directly.
**Collateral:** A First Construction Mortgage and Assignment of Rents on the property located at 925 N. Damen St. Chicago, IL; **AND** a second mortgage behind our first construction mortgage and assignment of rents only, on the property located at 3324 N. Clark St. Chicago, IL; **AND** a second mortgage and assignment of rents behind our first mortgage and assignment of rents only, on the property located at 5021 W. Waveland Ave. Chicago, IL; **AND** a second mortgage and assignment of rents behind our first mortgage and assignment of rents only, on the property located at 1909 W. Berwyn, Unit 1, Chicago, IL; **AND** a second mortgage and assignment of rents behind our first mortgage and assignment of rents only, on the property located at 1810 W. Chase, Unit 2, Chicago, IL; **AND** a second mortgage and assignment of rents behind our first mortgage and assignment of rents only, on the property located at 2755 W. Arthur, Units 1 and 2, Chicago, IL; **AND** a second mortgage and assignment of rents behind our first mortgage and assignment of rents only, on the property located at 1218 N Lamon Ave. Chicago, IL. **AND** an Assignment of Flavius Schiopu's interest in the proceeds from the Bankruptcy court's sale of both the Clark and Damen properties to G7 Investments.

If you are in agreement with the terms I have outlined, please let me know and I will order the appraisal. I will need a check for $1,400.00 payable to Park Ridge Community Bank. If you have questions regarding the aforementioned, I can be reached at (847) 384-9221.

Sincerely,
Park Ridge Community Bank

Charles W. Maegdlin
Senior Vice President