**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>925 N. DAMEN, LLC,<br><br>      Debtor | Chapter 11<br><br>Case No. 16-35387<br><br>Hon. Donald R. Cassling<br>Room 619<br><br>Hearing Date:  June 13, 2017<br>Hearing Time:  9:30 a.m. |

**DECLARATION OF ARIEL WEISSBERG IN SUPPORT OF FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE ATTORNEYS OF WEISSBERG AND ASSOCIATES, LTD., COUNSEL TO 925 N. DAMEN, LLC, FOR THE PERIOD FROM NOVEMBER 4, 2016 THROUGH APRIL 30, 2017**

      I,      Ariel Weissberg declares as follows:

      1.      I am counsel with the law firm of Weissberg and Associates, Ltd. ("W&A"), whose principal place of business is located at 401 S. LaSalle St., Suite 403, Chicago, Illinois 60605.  Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto. The matters set forth herein are true and correct to the best of my knowledge.

      2.      This Declaration is offered in support of the *First and Final Fee Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses For the Attorneys of Weissberg and Associates, Ltd., Counsel to 925 N. Damen, LLC, for the Period From November 4, 2016 Through April 30, 2017* (the "Final Application").  The Final Application covers the period of November 4, 2016 through and including April 30, 2017. The Final Application seeks allowance of compensation for legal services rendered on behalf of W&A in the amount of $39,870.00 and reimbursement of expenses in the amount of $2,543.46.

1

3. In the ordinary course of W&A's business, a computer-generated billing report is produced monthly, or as often as necessary, for each client, based on the time records submitted by each professional or legal assistant working on a client's matters. I have been the attorney responsible for reviewing the aforesaid computer-generated billing reports reflecting work done by W&A for 925 N. Damen, LLC.

4. I have reviewed the Final Application and Exhibits 1 through 3 thereto, and have determined that they are based on the above-described billing practices of W&A.

5. To the best of my knowledge, the information set forth in the Final Application and Exhibits 1 through 3 thereto is true and correct.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2017                                  Respectfully submitted,

**ARIEL WEISSBERG**


By:_____/s/ Ariel Weissberg_____

Ariel Weissberg, Esq. (03125591)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL 60605
T. (312) 663-0004
F. (312) 663-1514