# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re                                             )
                                                  )
                                                  )     Bankruptcy No. _____
                                                  )
                                  Debtor.         )     Chapter          _____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____   through _____, _____

Amount of Fees Sought:    $_____

Amount of Expense Reimbursement Sought:    $_____

This is an:         Interim Application _____              Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

Date            Period              Total Requested         Total Allowed           Fees & Expenses
<u>Filed</u>           <u>Covered</u>             <u>(Fees & Expenses)</u>      <u>(Fees & Expenses)</u>       <u>Previously Paid</u>



Dated:  _____          _____
                                                                   (Counsel)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>925 N. DAMEN, LLC,<br><br>    Debtor | Chapter 11<br><br>Case No. 16-35387<br><br>Hon. Donald R. Cassling<br>Room 619<br><br>Hearing Date: June 13, 2017<br>Hearing Time: 9:30 a.m. |

**SUMMARY OF FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE**
**OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES FOR SAUL R. WEXLER, SPECIAL COUNSEL TO**
**925 N. DAMEN, LLC, FOR THE PERIOD FROM**
**NOVEMBER 4, 2016 THROUGH DECEMBER 13, 2016**

| | |
|---|---|
| Name of Applicants: | Saul R. Wexler |
| Authorized to Provide Professional Services to: | 925 N. Damen, LLC |
| Date of Retention: | November 4, 2016 |
| Period for Which Compensation and Reimbursement is Sought: | November 4, 2016 through December 13, 2016 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $520.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $7.21 |
| Type of Fee Application: | First and Final Fee Application |

    This is Wexler's first and final Fee Application. No prior monthly fee statements or Fee Applications have been filed.

1

Dated: May 22, 2017  Respectfully submitted,

**SAUL R. WEXLER,** Applicant

: /s/ Saul R. Wexler

Saul R. Wexler, Esq. (No. 2994100)
Three First National Plaza, Suite 2100
Chicago, Illinois 60602
T. 312-558-9191

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>925 N. Damen, LLC,<br><br>    Debtor | Chapter 11<br><br>Case No. 16-30934<br><br>Hon. Donald R. Cassling<br>Room 619<br><br>Hearing Date:  June 13<br>Hearing Time:  9:30 a.m. |

**NOTICE OF HEARING ON FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR SAUL R. WEXLER, SPECIAL COUNSEL TO 925 N. DAMEN, LLC, FOR THE PERIOD FROM NOVEMBER 4, 2016 THROUGH DECEMBER 13, 2016**

**PLEASE TAKE NOTICE** that on **June 13, 2017, at 9:30 a.m.**, I shall appear before the Honorable Donald R. Cassling, Room 610, United States Bankruptcy Court, 219 South Dearborn, Chicago, Illinois 60604, and shall then and there present the **First and Final Fee Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for Saul R. Wexler, Special Counsel to 925 N. Damen, LLC, for the Period from November 4, 2016 through December 13, 2016** (the "Final Fee Application") at which time and place you may appear as you see fit.

**PLEASE TAKE FURTHER NOTICE** that Saul R. Wexler ("Wexler) seeks to have this Court enter an order: (a) allowing and approving $520.00 in final compensation for Wexler's for legal services from November 4, 2016 through December 13, 2016; (b) allowing and approving $7.21 final reimbursement for costs and expenses incurred by Wexler in this bankruptcy case; and (c) authorizing and directing the Debtor to pay Wexler $527.21 in fees

3

and expenses, which represents the total amount requested pursuant to this Final Fee Application.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to object to the Final Fee Application shall, on or before **June 6, 2017**, (i) file such objection with the Clerk of the United States Bankruptcy Court, at 219 South Dearborn, Chicago, Illinois 60604; and (ii) deliver such objection to the undersigned at the law of Saul R. Wexler. **If you do not object to the relief requested, an Order will be presented to the Court and the relief requested may be granted.**

Dated: May 22, 2017    Respectfully submitted,

**SAUL R. WEXLER,** Applicant


    /s/ Saul R. Wexler


Saul R. Wexler, Esq. (No. 2994100)
Three First National Plaza, Suite 2100
Chicago, Illinois 60602
T. 312-558-9191

## CERTIFICATE OF SERVICE

      I, Saul R. Wexler, an attorney, hereby certify that on May 22, 2017, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing **NOTICE OF HEARING ON FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR SAUL R. WEXLER, SPECIAL COUNSEL TO 925 N. DAMEN, LLC, FOR THE PERIOD FROM NOVEMBER 4, 2016 THROUGH DECEMBER 13, 2016** and the accompanying *Application* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the below Service List, including the following:

Patrick S. Layng, Esq.
Office of the U.S. Trustee, Region 11
219 S Dearborn St., Room 873
Chicago, IL 60604-2027
Email: USTPRegion11.ES.ECF@usdoj.gov

Flavius Schiopu and G7 Investment, LLC
c/o Nicholas M. Duric, Esq.
444 N. Northwest Highway, Suite 207
Park Ridge, IL 60068
Email: Duriclaw@att.net

The Simone Singer Weissbluth Revocable Trust
WMW GC, LLC and WMW Investments, LLC
c/o David Fischer, Esq.
Phillip W. Nelson, Esq.
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Email: david.fischer@lockelord.com
Email: Phillip.Nelson@lockelord.com

Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, Illinois  60605
Email: ariel@weissberglaw.com

and on May 22, 2017 upon the following parties, who are not CM/ECF participants, by placing true and correct copies in sealed envelopes with postage thereon fully prepaid, in the United States mail in Chicago, Illinois, addressed as set forth below:

Simone Singer Weissbluth
  Revocable Trust
WMW GC, LLC
WMW Investments, LLC
917 W. Washington, Suite 127
Chicago, IL 60607

Illinois Department of Revenue
Bankruptcy Section, Level 7−425
100 W. Randolph Street
Chicago, IL  60606

District Director
Internal Revenue Service
230 S. Dearborn St.
Mail Stop 5016-CHI
Chicago, IL  60604

District Counsel
Internal Revenue Service
200 West Adams, Suite 2300
Chicago, IL  60606

Caroline D. Ciraolo
Tax Division (DOJ)
P.O. Box 55
Ben Franklin Station
Washington, DC  20044

U.S. Attorney
219 S. Dearborn Street
Chicago, IL  60604

Legal Department
Illinois Department of Revenue
Legal Services Office MC5-500
101 West Jefferson
Springfield, IL  62794

City of Chicago
400 W. Superior, Room 115
Chicago, IL 60610


                         /s/ Saul R. Wexler
                              Saul R. Wexler

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BK No. 16-35387 |
| | ) | |
| 925 N. DAMEN, LLC | ) | Chapter 11 |
| | ) | |
| Debtor(s) | ) | Hon. Donald R. Cassling |

### FINAL PETITION FOR FEES

NOW COMES Saul R. Wexler and petitions this Court for a final award of fees. In support thereof, Saul R. Wexler says as follows:

1. Pursuant to Court Order dated November 29, 2016, Saul R. Wexler was appointed to represent the Debtor in this proceeding retroactive to November 4, 2016, and the agreed charges for his time in this case were $400.00 per hour for office and/or court time. These rates represent the reasonable and customary charges for representation in such actions and are fair and reasonable in light of the expertise established by custom and usage in the community at large, and by virtue of the counsel's experience herein. The Affidavit in support of motion to appoint me special counsel and the Order granting same are attached hereto and incorporated herein as Exhibits 1 and 2 respectively.

2. Associates are employed by Saul R. Wexler who work directly under the control and supervision of attorneys, and their work is billed at the rate of $200 per hour.

3. Paralegals are employed by Saul R. Wexler who work directly under the control and supervision of attorneys, and their work is billed at the rate of $125 per hour.

4. Saul R. Wexler is a lawyer duly licensed to practice law in the State of Illinois. He has been so licensed in the State of Illinois since 1968, in the State of California since 1976, is a member of

the Federal Trial Bar, and he specializes in general litigation with an emphasis on chancery matters.

5.   Saul R. Wexler has spent the time set forth hereinafter in connection with these proceedings as set forth in the copies of counsel's statements itemizing time spent and costs incurred attached hereto and incorporated herein by this reference as Exhibit 3.  The matter has been continued for submission of an application for a building permit and this request is, therefore, for an interim award of fees.

WHEREFORE, Saul R. Wexler prays for an interim award of fees in the amount of $527.21 in connection with the representation in the matter before the City of Chicago, Department of Administrative Hearings for such sums as the Court finds reasonable, and for such other and further relief as this Honorable Court deems just and proper.

                    Respectfully submitted,

                    /s/ Saul R. Wexler
                    Saul R. Wexler

Saul R. Wexler (#2994100)
Three First National Plaza, #2100
Chicago, Illinois 60602
312-558-9191
Attorney No. 21868